UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

FILED SEP29'25PM1:24
MDGA-VAL

GREGORY WOODEN
    Plaintiff,

and

OFFICER CARLOS RODRIGUEZ #260
OFFICER SONTRAIANNA WOOD #289
OFFICER JEREMY BRECHBIEL #285

    Defendant.

---

### VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL
### AUTH FED. R. CIV. P.38AB

**COMES NOW**, the Plaintiff, GREGORY WOODEN, files this his *Verified Complaint and Demand for Jury Trial Auth Fed.R.Civ.P.38AB*, pursuant to 28 U.S.C. 1654. and sues Defendants, CARLOS RODRIGUEZ, SONTRAIANNA WOOD and JEREMY BRECHBIEL and as grounds therefore states as follows:

**JURISDICTION:**

1. The Plaintiff claims that federal jurisdiction is allowed pursuant to Article lll of section 2 which extends the jurisdiction to cases arising under the U.S Constitution and pursuant to 28 U.S.C Section 1331.

2. The Plaintiff therefore states that this claim exceeds the amount of Fifty Thousand Dollars ($50,000.00).

3. The Plaintiff brings this suit pursuant to Title 421 U.S. Code 1983 for violations of certain protections guaranteed to the Plaintiff by the Fourth, Ninth, and Fourteenth

Amendments of the Federal Constitution, by defendant under color of law in his and her individual capacity.

**PARTIES**

4. The Plaintiff, GREGORY WOODEN, at the time of the incident resided at 720 Collins Street, Tifton, GA 31794.

5. The Defendants, CARLOS RODRIGUEZ #260, SONTRAIANNA WOOD #289, and JEREMY BRECHBIEL #285, are State Police Officers who at the time of the incident worked for Tifton Police Department located at 527 Commerce Way, Tifton, GA 31794.

**CAUSE OF ACTION**

6. On or about the date July 16, 2025, Officer Kelly came by the Plaintiffs residence at 720 Collins Street, Tifton, GA 31794 and stated that he was looking for a suspect wanted by the name of Ricky Willis. The Plaintiff then informed Officer Kelly that he doesn't live at the residence and was not there.

7. Then Officer Kelly informed the Plaintiff that he was going to keep coming back until they are able to arrest Ricky Willis. Then Officer Kelly also stated that they have the right to come into the Plaintiff's place of residence as often as they please.

8. When Police Officer Kelly showed up to the Plaintiffs place of residence he asked if he can come inside to look around.

9. The Plaintiff then agreed for Officer Kelly to come in and search his place of residence.

10. Then Officer Kelly searched through the Plaintiffs home and could clearly see for himself that the suspect he was in fact searching for Ricky Willis was not located in the residence.

11. Then later that same day more Police Officers showed back up to the Plaintiff's place of

residence without the Plaintiff being present. The Police Officers then opened the Plaintiffs front door and walked inside the Plaintiffs home and searched through the entire home without the Plaintiffs knowledge, consent, or a search warrant.

12. The Plaintiff, GREGORY WOODEN, have been deprived of my due process in pursuant to the Fourteenth Amendment and my Fourth and Ninth Amendment Rights of the Constitution have been violated.

13. The Fourth Amendment of the United States Constitution protects people from unreasonable government searches and seizures. The case law Steagald v. United States (1981), the Supreme Court ruled that law enforcement officers cannot search a third party's home to find the subject of an arrest warrant without first obtaining a separate search warrant, unless there are exigent circumstances or consent. The Court held that an arrest warrant for an individual does **NOT** grant authority to search through a third party's residence, and a search warrant based on probable cause is required to protect the Fourth Amendment rights of the homeowner.

**WHEREFORE**, the Plaintiff, **GREGORY WOODEN**, respectfully prays that this Honorable Court will enter Order granting the Relief requested in this motion and further relief as the Court deems necessary, just, and proper.

1. Issue nominal damages and compensatory damages against the Defendants for emotional pain, mental anguish, inconvenience, humiliation, loss of pride, and other pecuniary damages in the amount of Three Million Dollars ($3,000,000.00)

2. Issues punitive damages in the amount of Six Million Dollars ($6,000,000.00)

3. That this Honorable Court also Grant a Jury Trial Pursuant to Auth. Fed. R. Civ. P. 38(a)(b).

## VERIFICATION

I understand that I am swearing or affirming under oath to the truthfulness of the allegations and pleadings set forth above and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: 9-23-2025

_____
GREGORY WOODEN

STATE OF GEORGIA )
COUNTY OF Dougherty )

Sworn to or affirmed and signed before me on this 23 day of September 2025, by GREGORY WOODEN, who is personally known to me or has produced identification.

_____
NOTARY PUBLIC or DEPUTY CLERK

Brittney Hryzan
Print, type, or stamp commissioned name of notary or clerk.]

11-6-28