**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| GREGORY WOODEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:25-CV-00121-WLS |
| CARLOS RODRIGUEZ, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

An initial discovery conference is currently set for September 29, 2026, to take place over Zoom. The Court notes that Plaintiff Gregory Wooden does not have electronic filing access and has been communicating with the clerk through the United States Mail. The Court usually holds its initial discovery conference over Zoom, but it is not clear whether Wooden has access to Zoom through a computer, phone, tablet, or some other device. The initial discovery conference, currently set for September 29, 2026, is therefore **CANCELLED**. Plaintiff Gregory Wooden is **DIRECTED** to notify the clerk, within **seven days** of the date he is served with this Order, whether he will be able to connect to an initial discovery conference through Zoom, and to provide an email address to which the Zoom meeting link may be sent. The initial discovery conference will be rescheduled by separate order of the Court.

**SO ORDERED**, this 23rd day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**