**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

GREGORY WOODEN,

Plaintiff,

v.

OFFICER CARLOS RODRIGUEZ, *et al.*,

Defendants.

Case No.: 7:25-CV-00121-WLS

**ORDER**

Plaintiff Gregory Wooden, proceeding *in forma pauperis*, moves for an order directing the United States Marshals Service to engage in reasonable additional efforts to serve Defendant Sontraianna Wood. (Doc. 23.)

Wooden filed this lawsuit under 42 U.S.C. § 1983 against four Tifton police officers for their alleged warrantless entry into his home. (Doc. 9.) The Court previously granted Wooden's application to proceed *in forma pauperis*, (Doc. 5), and ordered the United States Marshals Service to serve process on all defendants, (Doc. 10). The Marshals Service was able to serve three defendants but has been unable to serve Sontraianna Wood. (Doc. 23 ¶ 7.) In the instant motion, Wooden explains that Wood may currently be serving in the United States Air Force and that he does not know where she may be served. (*Id.* ¶ 8.)

For good cause shown, Defendant's motion, (Doc. 23), is **GRANTED**. The Court extends the deadline to serve process on Defendant Sontraianna Wood to **January 12, 2027**. *See* Fed. R. Civ. P. 4(m). Additionally, the United States Marshals Service is **DIRECTED** to take further reasonable steps to serve Sontraianna Wood with process. In effectuating service, the United States Marshals Service may coordinate with the appropriate Air Force installation's Security Forces, Staff Judge Advocate's office, or other appropriate Air Force Personnel to facilitate access to the installation and personal service upon Wood.

**SO ORDERED**, this 16th day of November, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**